STATE OF MAINE                                    SUPERIOR COURT
CUMBERLAND, ss                                    CIVIL ACTION
                                                  DOCKET NO. CV-10-575
                                                  *NM - CUM - 4/7/2011*


JEANNINE THOMPSON,

        Plaintiff

        v.                                        JUDGMENT

BAC HOME LOANS
SERVICING,

        Defendant


The defendant's default was entered by the clerk on 12/2/10. "When a default is entered against a defendant, the allegations in the plaintiff's complaint are deemed to be true and become findings of fact.'" Estate of Hoch v. Stifel, 2011 ME 24, ¶ 2, n. 1 (quoting McAlister v. Slosberg, 658 A.2d 658, 660 (Me. 1995)).

On counts I, III, and IV of the plaintiff's complaint, judgment is entered in favor of the plaintiff and against the defendant as follows:  it is ORDERED that the mortgage from the plaintiff to SurePoint Lending and Residential Mortgage Network, Inc.,[1] recorded in the Cumberland County Registry of Deeds in Book 24229, Page 191 is DISCHARGED.  Plaintiff's counsel will file a copy of this order in the Cumberland County Registry of Deeds and that filing will serve as a discharge of the mortgage.

On count II of the plaintiff's complaint, judgment is entered in favor of the plaintiff and against the defendant in the amount of $3,600.00, with prejudgment

---

[1] The mortgage was "alleged to have been assigned" to the defendant's predecessor in interest. The assignment is recorded in the Cumberland County Registry of Deeds in Book 26637, Page 28. (Compl. ¶ 4.)

1

interest at the rate of 1.41% and post-judgment interest at the rate of 6.30% plus costs and fees.

The clerk is directed to incorporate this Judgment into the docket by reference.

Date: April 7, 2011

Nancy Mills
Justice, Superior Court

02 0000010044         CLIFFORD, JOHN D V

   5 MAPLE STREET PO BOX 368 LISBON FALLS ME 04252

| | | | | |
|---|---|---|---|---|
| F | JEANNINE THOMPSON | PL | RTND | 11/10/2010 |

03 0000010054         DORNBACH, BRIDGET STEVENS

   1080 MAIN STREET PAWTUCKET RI 02860

| | | | | |
|---|---|---|---|---|
| F | BAC HOME LOANS SERVICING | DEF | RTND | 12/06/2010 |